UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action No. 6: 12-0068-DCR |
| Plaintiff/Respondent, ) | |
| ) | |
| V. ) | |
| ) | |
| KAREN WALKER, ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| Defendant/Movant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Karen Walker is serving a 160-month term of imprisonment following her guilty plea entered July 11, 2014. [Record No. 48] Judgment was entered in this case on October 24, 2014. [Record No. 59] On August 3, 2015, Walker moved the Court to reduce her sentence pursuant to 18 U.S.C. § 3582(c)(2). [Record No. 65] That motion was denied on August 14, 2015. [Record No. 66] Shortly thereafter, Walker moved the Court to set aside, vacate or correct her sentence pursuant to 28 U.S.C. § 2255. [Record no. 67] On February 26, 2016, the Court denied Walker's request for collateral relief. [Record No. 82] Walker did not appeal that determination. Instead, on March 21, 2016, the defendant sought reconsideration of the Court's decision. [Record No. 84] The Court denied that motion on May 6, 2016. As of this date, Walker has not sought to appeal the Court's denial of her motion.

On May 9, 2016, Walker filed with this Court a pleading styled, "Request for Permission to File a Successive 2255 Pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, No. 15-6418, S.Ct. April 18, 2016." While the Court notes that Walker has not exhausted her appellate rights with respect to her first motion filed pursuant

to § 2255, the current motion will be transferred to the United States Court of Appeals for the Sixth Circuit for consideration.[1]  The relevant statutory section of the United States Code specifically states that, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(a)(3)(A).

Accordingly, it is hereby

**ORDERED** that the Clerk of the Court is **DIRECTED** to transfer Walker's motion [Record No. 86] to the United States Court of Appeals for the Sixth Circuit as a second or successive petition seeking relief under 28 U.S.C. § 2255 in accordance with 28 U.S.C. § 2244 and Rule 9 of the Rules Governing Section 2255 Proceedings for the United States District Courts.  To the extent that Walker seeks relief from this Court, her motion [Record No. 86] is **DENIED**.

This 11th day of May, 2016.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge

---

[1] The substantive relief sought in Walker's current motion under *Johnson v. United States*, 135 S.Ct. 2551 (2015), was addressed in the Court's Memorandum Opinion and Order filed May 6, 2016.  [Record No. 85]